1
2
3
4
5               **UNITED STATES DISTRICT COURT**
6                    **DISTRICT OF NEVADA**
7

8    VICTOR EMMETT LAJEUNESSE and          )
     JAMES WHITTINGTON,                     )
9                                           )
                     Plaintiffs,            )        Case No.  2:10-cv-00821-PMP-GWF
10                                          )
     vs.                                    )        **ORDER**
11                                          )
     DAVID LUTHER SATRE,                    )
12                                          )
                     Defendant.             )
13   _____    )

14         This matter is before the Court on the parties' failure to file a joint pretrial order required by

15   LR 26-1(e)(5).  The Stipulation and Order to Extend Discovery Plan and Scheduling Order (#18)

16   filed July 1, 2011, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no

17   later than November 17, 2011.  There are no dispositive motions pending.  To date, the parties have

18   not complied.  Accordingly,

19         **IT IS ORDERED** that

20         1.    Counsel for the parties shall file a joint pretrial order which fully complies

21                with the requirements of LR 16-3 and LR 16-4 no later than **December 2,**

22                **2011**.  Failure to timely comply will result in the imposition of sanctions up

23                to and including a recommendation to the District Judge that the complaint

24                be dismissed for plaintiff's failure to prosecute.  See Fed. R. Civ. P. 41(b).

25   . . .

26   . . .

27   . . .

28   . . .

2.      The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections
thereto shall be included in the pretrial order.

DATED this 22nd day of November, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

2