# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR EMMETT LAJEUNESSE and JAMES WHITTINGTON,<br><br>        Plaintiffs,<br><br>vs.<br><br>DAVID LUTHER SATRE,<br><br>        Defendant. | )<br>)<br>)<br>)  Case No.  2:10-cv-00821-PMP-GWF<br>)<br>)  **ORDER**<br>)<br>)<br>)<br>) |

This matter is before the Court on the parties' failure to file a Joint Pretrial Order.  On November 19, 2011, the Court ordered that the parties file the Joint Pretrial Order on or before December 2, 2011 (Order #19).  The parties filed a Stipulation and Order to Extend Deadline to file Pretrial Order Discovery Plan and Scheduling Order (Fourth Request) (#20) on December 2, 2011; however, the Court denied the Stipulation (#21) on December 5, 2011.  To date, the parties have failed to file a Joint Pretrial Order.  Accordingly,

**IT IS ORDERED** that the parties shall file a Joint Pretrial Order no later than **February 2, 2012**.  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 23rd day of January, 2012.

_/s/ George Foley Jr._
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE