# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR EMMETT LAJEUNESSE and JAMES WHITTINGTON, ) ) | |
| Plaintiffs, ) | Case No. 2:10-cv-00821-PMP-GWF |
| vs. ) | **ORDER** |
| DAVID LUTHER SATRE, ) ) | |
| Defendant. ) | |

This matter is before the Court on the parties' failure to file a Joint Pretrial Order. On November 19, 2011, the Court ordered that the parties file the Joint Pretrial Order on or before December 2, 2011 (Order #19). The parties filed a Stipulation and Order to Extend Deadline to file Pretrial Order Discovery Plan and Scheduling Order (Fourth Request) (#20) on December 2, 2011; however, the Court denied the Stipulation (#21) on December 5, 2011. To date, the parties have failed to file a Joint Pretrial Order. Accordingly,

**IT IS ORDERED** that the parties shall file a Joint Pretrial Order no later than **February 2, 2012**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 23rd day of January, 2012.

_George Foley Jr._
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE