1 | JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
2 | **BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
3 | Las Vegas, Nevada 89129
twilcox@lvlawfirm.com
4 | *ATTORNEYS FOR PLAINTIFFS*

**BOWEN LAW OFFICES**
Conquistador Business Plaza
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
702-240-5191  FAX: 702-240-5797

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTOR EMMETT LAJUENESSE, and JAMES WHITTINGTON, | Case No. 2:10-cv-00821-PMP-GWF |
| Plaintiffs, | |
| vs. | |
| DAVID LUTHER SATRE, an individual; and DOES I through X; and ROE CORPORATIONS I through X, | **JOINT REQUEST FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER** |
| Defendants. | |

   COME NOW, Plaintiffs, VICTOR EMMET LAJUENESSE, and JAMES WHITTINGTON, and Defendant, DAVID LUTHER SATRE, by and through their respective counsel, and pursuant to LR 16, hereby submit the following Joint Request to Extend Deadline to File Joint Pretrial Order:

/ / /

/ / /

/ / /

The Parties have a mediation scheduled for February 10, 2012 before Gregory T. Hafen, Esq. The Parties are requesting an extension of time to file the Joint Pretrial Order through February 17, 2012 in order to facilitate the mediation in this matter.

DATED this 2nd day of February, 2012.

| BOWEN LAW OFFICES | LAURIA, TOKINAGA, GATES & LINN, LLP |
|---|---|
| /s/ Jerome R. Bowen, Esq.<br>JEROME R. BOWEN, ESQ.<br>Nevada Bar No. 004540<br>9960 W. Cheyenne Ave., #250<br>Las Vegas, Nevada 89129<br>Attorney for Plaintiff | /s/ Raymond Gates, Esq.<br>RAYMOND R. GATES, ESQ.<br>Nevada Bar No. 5320<br>1755 Creekside Oaks Drive, #240<br>Sacramento, CA 95833 |

### ORDER

FOR GOOD CAUSE APPEARING,

IT IS SO ORDERED.

DATED this 6 day of February, 2012.

*George Foley Jr.*
United States Magistrate Judge