# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR EMMETT LAJEUNESSE and JAMES WHITTINGTON, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 2:10-cv-00821-PMP-GWF |
| vs. | ) **ORDER** |
| DAVID LUTHER SATRE, | ) |
| Defendant. | ) |

This matter is before the Court on the parties' failure to file a Joint Pretrial Order. On February 6, 2012, the Court granted the Joint Request for Extension of Time to File Joint Pretrial Order (#24), extending the date for filing the proposed order to February 17, 2012. To date, the parties have failed to file a Joint Pretrial Order. Accordingly,

**IT IS ORDERED** that the parties shall file a Joint Pretrial Order no later than **March 5, 2012**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 22nd day of February, 2012.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE