# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| VICTOR EMMETT LAJEUNESSE and<br>JAMES WHITTINGTON, | ) | |
| Plaintiffs, | ) | Case No.  2:10-cv-00821-PMP-GWF |
| vs. | ) | **ORDER** |
| DAVID LUTHER SATRE, | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' failure to file a Joint Pretrial Order.  On February 6, 2012, the Court granted the Joint Request for Extension of Time to File Joint Pretrial Order (#24), extending the date for filing the proposed order to February 17, 2012.  To date, the parties have failed to file a Joint Pretrial Order.  Accordingly,

**IT IS ORDERED** that the parties shall file a Joint Pretrial Order no later than **March 5, 2012**.  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 22nd day of February, 2012.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE