Raymond R. Gates, SBN 5320
LAURIA TOKUNAGA GATES & LINN, LLP
1755 Creekside Oaks Drive, Suite 240
Sacramento, CA 95833
Tel: (916) 492-2000
Fax: (916) 492-2500

Attorneys for Defendants DAVID LUTHER SATRE

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR EMMET LAJEUNESSE, and JAMES WHITTINGTON, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID LUTHER SATRE, an individual; and DOES 1 through X; and ROE CORPORATIONS I through X, <br><br> Defendants. | CASE NO. 2:10-cv-00821-PMP-GWF <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED between defendant DAVID LUTHER SATRE and plaintiffs VICTOR EMMET LAJEUNESSE and JAMES WHITTINGTON to the above-entitled action, through their undersigned respective counsel of record, that the above-entitled action may be dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated: March 28th, 2012

_____
Jerome R. Bowen, Esq.
Bowen Law Offices
9960 W. Cheyenne Ave., Ste. 250
Las Vegas, NV 89129
(702) 240-5191
Attorney for Plaintiffs
VICTOR EMMET LAJEUNESSE and
JAMES WHITTINGTON

Dated: ~~March~~ April 3, 2012

Raymond R. Gates, Esq.
Lauria Tokunaga Gates & Linn, LLP
1755 Creekside Oaks Drive, Suite 240
Sacramento, California 95833
(916) 492-2000
Attorneys for Defendant
DAVID LUTHER SATRE

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled action as to plaintiffs Victor Emmet Lajeunesse and James Whittington and defendant David Luther Satre be, and the same hereby is, dismissed with each party to bear their own costs and attorney's fees.

DATED: April 6, 2012.

_____
DISTRICT JUDGE

LAURIA TOKUNAGA GATES & LINN, LLP

By: _____
Raymond R. Gates, Esq.
Nevada Bar No. 5320
1755 Creekside Oaks Drive, Ste. 240
Sacramento, CA 95833
(916) 492-2000
Attorneys for Defendant
DAVID LUTHER SATRE

# LAURIA TOKUNAGA GATES & LINN, LLP
## Attorneys at Law

| | | |
|---|---|---|
| Anthony D. Lauria*+ <br> Mark D. Tokunaga*+ <br> Raymond R. Gates*+ <br> Scott A. Linn* <br> Kimberly L. Johnson*+ <br> Robert B. Smith*+ <br> Brian A. Rosenthal* <br> David M. Trent* <br> Paul A. Cardinale*+ <br> Jonathan J. Lord+ Of Counsel | 1755 Creekside Oaks Dr., Suite 240 <br> Sacramento, CA 95833 <br> Tel: (916) 492-2000 <br> Fax: (916) 492-2500 <br> Website: www.ltglaw.net | 917 Tahoe Blvd., Suite 302 <br> Incline Village, NV 89451 <br> Tel: (775) 833-2017 <br> Fax: (775) 833-2037 <br><br> 601 South Seventh Street <br> Las Vegas, NV 89101 <br> Tel: (702) 387-8633 <br> Fax: (702) 387-8635 |

\* Licensed in California
\+ Licensed in Nevada

April 3, 2012

Clerk of the United States District Court
District of Nevada
333 Las Vegas Blvd., South
Las Vegas, NV 89101

Re: *Lajeunesse v. Satre;* Case No. 2:10-cv-00821-PMP-GWF

Dear Clerk:

Enclosed please find an original and one copy of a Stipulation and Order for Dismissal with Prejudice regarding the above-referenced matter. Please have the Judge date and sign where indicated, e-file and return a filed endorsed copy to this office in the envelope provided for your convenience. Thank you for your courtesy and cooperation regarding the above. Please do not hesitate to call should you have any questions.

Very truly yours,

LAURIA TOKUNAGA
GATES & LINN, LLP

*Linda Kruse*

Linda E. Kruse
Assistant to Raymond R. Gates

:lek
Enclosures